

| Heft v. State | 73A04–1611–CR–2569 | 07/14/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
|---|---|---|---|---|
| N.D.K. v. A.S.K. | 01A02–1612–AD–2788 | 07/14/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Ricciardi v. Feiock | 49A05–1701–JP–61 | 07/14/2017 | ROBB, J.<br><br>VAIDIK, C.J.<br>BAILEY, J. | Reversed and remanded<br>Concurs<br>Concurs |
| Economan v. Indiana Medical Licensing Board | 49A05–1609–PL–2102 | 07/14/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| G.H. v. R.E. | 41A04–1701–DR–150 | 07/17/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Delarosa v. State | 29A02–1612–PC–2852 | 07/17/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Gardner–Shepard v. State | 34A05–1703–CR–661 | 07/17/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Nichols v. State | 02A05–1611–CR–2756 | 07/17/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Lines v. State | 55A01–1610–CR–2392 | 07/18/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Kaushal v. State | 49A04–1612–CR–2862 | 07/18/2017 | RILEY, J.<br>NAJAM, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Pacheco v. Butts | 33A01–1702–MI–395 | 07/18/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| J.C.M., Matter of | 79A02–1701–JT–205 | 07/18/2017 | RILEY, J.<br>NAJAM, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |